# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-11 | 9520360 | Pens | R0332 |

(Rev. 1/2019)

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 12/29/2019 2151

Offense Charged: ☐ CFR ☐ USC ☒ State Code

NCGS 20-138.1

Place of Offense: Vass Rd. / Kenwood Ave

Offense Description: Factual Basis for Charge
Impaired Driving .14% AC

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Shanks | Phone:

First: Branden | M.I. B.G

Street Address:

City: Fayetteville | State: NC | Zip Code: 28311 | Date of Birth:

Drivers License No.: 2 7 ...

---

...checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date:

Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9520360*

# STATEMENT OF PROBABLE CAUSE
## (For issuance of an arrest warrant or summons)

I state that on ~~2s Dec~~, 20 ~~19~~ while exercising my duties as a law enforcement officer in the Eastern District of N C

At 2151 hrs, 29 Dec 19, Person(s) unknown reported a traffic accident to the Fort Bragg E-911 Dispatch Center. 5-12 Pena was dispatched to Vass Rd./Kenwood Ave. Investigation by 5-12 disclosed that at the above time and date of occurrence. Vehicle 1 was traveling west on Vass Rd. in lane 1 and failed to maintain the limits of its lane, resulting in vehicle 1 exiting the right side of the roadway. The front of vehicle 1 struck a sign. A canvas of the area for additional witness(es) met with negative results. Upon approach of Shanks, the driver of vehicle 1, 5-12 detected an odor of alcohol emitting from Shanks' person. Further investigation revealed Shanks had a concealed firearm on his person under the influence of alcohol, Shanks also failed to notify 5-12 that he was in possession of the firearm. Standardized Field Sobriety Tests were conducted which warranted further action. Shanks was apprehended, transported to the Fort Bragg Law Enforcement Center and administered an Intox EC/IR II test, resulting in a (.14% AC). Shanks was issued four citations with his mandatory court appearance at 0800 hrs, 08 Jan 20. Shanks was also issued a one year suspension of post driving privileges, further processed, escorted to the edge of post and released on his own recognizance on DD FM 2708. No injuries were reported on scene. ECOD is unknown. Shanks' vehicle was inventoried on DD FM 2506 and subsequently towed by Beacon Towing Company. Report was reviewed and further processed by Desk Sergeant Gott. This is a final report.

The foregoing statement is based upon:

☐ my personal observation

☐ information supplied to me from my fellow officer's observation

☒ my personal investigation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/29/2019
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident